**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**APRIL CLARK,**

      **Plaintiff,**

**v.**                                                                                           Case No:   6:16-cv-400-Orl-22KRS

**ALLY FINANCIAL INC.,**

      **Defendant.**

**ORDER**

This cause comes before the Court on the Joint Motion to Stay Pending Arbitration (Doc. No. 9) filed March 30, 2016.

Based on the foregoing, it is ordered as follows:

1.   The Joint Motion to Stay Pending Arbitration (Doc. No. 9) is GRANTED.

2.   The Clerk is directed to administratively close the file.

3.   Plaintiff is directed to file a status report on June 30, 2016, and every three months thereafter, advising the Court as to the progress of the arbitration proceedings.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 31, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record